THE NATIONAL THREAD COMPANY, Respondent, *v.* THE MANS-
FIELD SILK AND THREAD COMPANY et al., Appellants.

(Argued October 9, 1890; decided October 28, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made January 28, 1889, which affirmed a judgment in favor
of plaintiff entered upon a verdict, and affirmed an order
denying a motion for a new trial.

*John H. V. Arnold* for appellants.

*S. E. Fairfield* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____

---

JACOB CORTRIGHT, Respondent, *v.* THE VILLAGE OF MOUNT
VERNON, Appellant.

(Argued October 9, 1890; decided October 28, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an
order made December 10, 1888, which affirmed a judgment in
favor of plaintiff entered upon a verdict, and affirmed an
order denying a motion for a new trial.

*Joseph S. Wood* for appellant.

*Martin J. Keogh* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.